17115.   NAYLOR *v.* MAYOR &c. OF THE TOWN OF TYBEE.

The petitioner for certiorari failed to show compliance with the law as to the giving of a bond, the amendment to the petition was properly disallowed, and the court did not err in dismissing the certiorari.

DECIDED APRIL 14, 1926.

Certiorari; from Chatham superior court—Judge Meldrim. December 14, 1925.

The petition for certiorari alleged that the petitioner, "having given bond with a good and sufficient security as required by law in such cases, brings this his petition for a writ of certiorari," etc. At the return term the petitioner offered an amendment descriptive of the bond, quoting its condition, and showing that it had been approved, etc.   The bill of exceptions states that the court "passed an order refusing and disallowing plaintiff's amendment, and another order sustaining defendant's motion to dismiss, dismissing plaintiff's petition for certiorari, upon the ground that a petition for certiorari was not amendable at the first term even as to form."

*Lewis A. Mills Jr.,* for plaintiff in error.

*Hartridge, Wright & Brennan,* contra.

LUKE, J.   Naylor had a certiorari sanctioned, to review his conviction of violating an ordinance of the Town of Tybee.   A motion was made to dismiss the certiorari, upon the ground that the petitioner had not complied with the requirement of law as to the giving of bond.   An amendment was offered at the time of the hearing. The amendment was disallowed and properly so. See *Hackett* v. *Tate,* 18 *Ga. App.* 453 (89 S. E. 535), and cases cited.   Upon the authority of *Hubert* v. *City of Thomasville,* 18 *Ga. App.* 756 (90 S. E. 720), and *Gillespie* v. *City of Macon,* 19 *Ga. App.* 1 (90 S. E. 970), the court properly dismissed the petition for certiorari.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., not participating, on account of illness.*